OPINION — AG — (1) SECTION 5 OF HOUSE BILL NO. 713 WOULD NOT BE UNCONSTITUTIONAL AS BEING IN CONFLICT WITH ARTICLE XXV, SECTION 2, ARTICLE XXV, SECTION 3, ARTICLE XXV, SECTION 4 OF THE OKLAHOMA CONSTITUTION. (2) HOUSE BILL NO. 713 WOULD NOT VIOLATE THE FEDERAL REQUIREMENTS AS SET FORTH ABOVE; THEREFORE, YOUR SECOND QUESTION IS NEGATIVE KEY WORDS: DIRIS SHALL CONSULT AND ARRANGE FOR SUCH INTERCHANGE OF PERSONNEL, PROVIDE MAXIMUM CARE AND TREATMENT OF PATIENTS, PUBLIC WELFARE (LEE COOK)